JOHN CORDNER, Plaintiff, v. JACOB MYERS, Appellant; WILLIAM J. DONOVAN, INC., Respondent, et al., Defendants.— In an action to foreclose a mechanic's lien, the owner appeals from a judgment in favor of the contractor for the balance due for labor and materials furnished in repairing a boiler upon the order of the lessee. The lease provided that the owner was to repair same; and it was undisputed that he told the lessee to have respondent do some work on the boiler at his (the owner's) expense, that he saw some of respondent's men at work, without objection, that he subsequently permitted the lessee to deduct the entire charge from the rent, and that the contractor was not paid therefor. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

SHARON M. EDGETT, an Infant, by JAMES C. EDGETT, Her Guardian ad Litem, et al., Appellants, v. WILLIAM M. A. ROMANS, JR., et al., Comprising the Board of Education of the Union Free School District No. 7, Respondent.— Appeal by plaintiffs from so much of an order denying their motion to examine before trial the board of education of the school district. The motion was denied at Special Term on the ground that the school district was not a party defendant. Order affirmed, without costs, and without prejudice to renewal of the application at a later date, if plaintiffs be so advised. Assuming, without so deciding, that the board of education of the school district is a party, no issue has as yet been joined by the board and in any event no motion was made to examine the board as a defendant. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

FRANCIS T. FLANAGAN, Respondent, v. RICHARD O. BIERREGAARD et al., Appellants.— In an action to recover damages for injuries to an automobile, resulting from a collision, judgment of the City Court of White Plains, entered in favor of plaintiff after trial by the court without a jury, affirmed, with costs. No opinion. Nolan, P. J., MacCrate, Schmidt and Beldock, JJ., concur; Adel, J., dissents and votes to reverse the judgment and to direct judgment for defendants, with the following memorandum: The weight of the credible evidence establishes that the collision was not caused by negligence of the defendant driver but by the negligence of the driver of plaintiff's car.